SEALED
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 AUG 17 PM 3: 18
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JUSTIN RIDDLE,<br>Defendant. | 8:26CR146<br>INDICTMENT<br>18 U.S.C. § 875(c) |

The Grand Jury charges that

**COUNT I**

On or about May 23, 2026, in the District of Nebraska, defendant JUSTIN RIDDLE, knowingly and willfully did transmit in interstate and foreign commerce from the State of Nebraska to the State of Texas, an email communication to Victim 1 containing a threat to assault and injure Victim 1.

In violation of Title 18, United States Code, Section 875(c).

**COUNT II**

On or about May 23, 2026, in the District of Nebraska, defendant JUSTIN RIDDLE, knowingly and willfully did transmit in interstate and foreign commerce from the State of Nebraska to the State of California, an email communication to Victim 2 containing a threat to assault and injure Victim 2.

In violation of Title 18, United States Code, Section 875(c).

**COUNT III**

On or about June 26, 2026, in the District of Nebraska, defendant JUSTIN RIDDLE, knowingly and willfully did transmit in interstate and foreign commerce from the State of

SEALED

Nebraska to the State of California, an email communication to Victim 3 containing a threat to assault and injure Victim 3.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,

LESLEY A. WOODS
United States Attorney
District of Nebraska

LYNAE A. TUCKER, NE #27521
Assistant U.S. Attorney