# Memorandum

| Subject | Date |
| --- | --- |
| UNSEALING<br><br>U.S. v. JUSTIN RIDDLE<br>8:26CR146 | August 19, 2026 |
| **To** | **From** |
| CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEBRASKA | AUSA Lynae A. Tucker |

Be advised that the above-named Defendant is now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Judge case

☐ Unseal the Magistrate Judge case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Judge case but the underlying Complaint and Affidavit should remain **Restricted**