IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUSTIN RIDDLE,

Defendant.

**WITNESS LIST**

Case No. 8:26CR146
Deputy: Kristy Furey
Reporter: Digital Recorder
Date: August 21, 2026

FOR DEFENDANT:

| Name | Date |
|---|---|
| Erin Riddle | 8/21/2026 |
| | |