IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUSTIN RIDDLE,

Defendant.

**EXHIBIT LIST**

Case No. 8:26CR146
Deputy: Kristy Furey
Reporter: Digital Recorder
Date: August 21, 2026

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Email from Defendant to Victims 1 and 2 dated 5/23/2026 | X | | X | | 8/21/2026 |
| 2 | | | Email dated 6/26/2026 | X | | X | | 8/21/2026 |
| 3 | | | Screenshot of Post from Defendant | X | | X | | 8/21/2026 |
| 4 | | | Temporary Restraining Order | X | | X | | 8/21/2026 |
| 5 | | | Application and Affidavit for Search Warrant | X | | X | | 8/21/2026 |
| 6 | | | Declaration of Victim 3 | X | O | X | | 8/21/2026 |
| | 101 | | Screenshot of Twitter X Account Post of Victim 3 from 7/15/2026 | X | A/H | X | | 8/21/2026 |
| | 102 | | Photo Attachment from Post | X | A/H | X | | 8/21/2026 |
| | 103 | | Screenshot of Twitter X Account Post of Victim 3 from 8/20/2026 | X | A/H | X | | 8/21/2026 |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (Witness not here to testify and be cross examined)**