IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:26 CR 146 |
| Plaintiff, | ) | |
| v. | ) | **UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PRETRIAL MOTIONS** |
| JUSTIN RIDDLE, | ) | |
| Defendant. | ) | |

The Defendant, Justin Riddle, hereby requests the Court extend the time for the filing of pretrial motions for 60 days, for the following reasons:

1. Pursuant to the Order for Progression of a Criminal Case, the deadline for filing pretrial motions is September 9, 2026.

2. Counsel for Defendant is in the process of reviewing discovery and requires additional time prior to determining any necessary pretrial motions. Further the Government has stated they are awaiting additional digital discovery to be provided to counsel.

3. Lynae Tucker-Chellew , Assistant U.S. Attorney, has no objection to this extension.

4. Counsel has advised the defendant of his speedy trial rights, including the exclusion of time during the pendency of this motion.

WHEREFORE, Defendant requests the Court extend the deadline for the filing of pretrial motions for 60 days.

DATED this 9th day of September 9, 2026.

Respectfully submitted,

JUSTIN RIDDLE,

Defendant,

By /s/ Karen M. Shanahan

Karen M. Shanahan, 18752
Attorney for Defendant
Assistant Federal Public Defender
1620 Dodge Street Suite 600

Omaha, NE 68102

Telephone: (402) 221-7896
Fax: (402) 221-7884
E-Mail: Karen_Shanahan@fd.org